☒ FILED  ☐ LODGED

**Sep 16 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AKEEM D. EARLE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: akeem.earle@usdoj.gov
Attorneys for Plaintiff

CR-25-03904-TUC-RM (BGM)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Bryan Valenzuela-Caldera,<br><br>    Defendant. | No. 25-mj-09414-N/A-BGM<br><br>I N F O R M A T I O N<br><br>Violation:<br>18 U.S.C. §§ 111(a) and 111(b)<br>(Assault on a Federal Officer – Deadly or Dangerous Weapon)<br>Count 1<br><br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Transportation of Illegal Aliens for Profit)<br>Count 2 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about August 20, 2025, in the District of Arizona, Bryan Valenzuela-Caldera, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a United States Border Patrol Agent, a person designated under Title 18, United States Code, Section 1114 as a Federal officer, while the agent was engaged in and on account of the performance of his official duties, and in doing so used a deadly and dangerous weapon, to wit: a vehicle, and such act involved physical contact, all in violation of Title 18, United States Code, Sections 111(a) and 111(b).

Additionally, on or about August 20, 2025, in the District of Arizona, Bryan Valenzuela-Caldera, knowing and in reckless disregard of the fact that certain aliens, including Jose Manuel Cruz-Cruz , had come to, entered and remained in the United States in violation of law, did transport and move said aliens, within the United States by means

of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Evan Wesley*
Digitally signed by EVAN WESLEY
Date: 2025.09.16 09:33:17 -07'00'

_____
Date

AKEEM D. EARLE
Assistant U.S. Attorney